**STATE of Missouri, Respondent,**

v.

**Randy Lee BORDELON, Appellant.**

**No. WD 43178.**

Missouri Court of Appeals,
Western District.

Feb. 5, 1991.

J. Bryan Allee, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of forcible rape, § 566.030.1, RSMo 1986, and from a sentence of five years imprisonment.

Affirmed. Rule 30.25(b).